UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLORIA SHALDERS,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF CHILDREN AND FAMILIES, REBECCA STAFFORD SYKES, KEVIN WALLACE, PHILIP JAMES CLOSSEY, SHANNON McANULTY, JENNIFER MELIA, PENNY WELCH, AMANDA CARPE, and JOHN DOES 1-10,<br><br>    Defendants. | No. 22-cv-12231-NMG |

## REPORT AND RECOMMENDATION ON DEFENDANTS' MOTIONS TO DISMISS

CABELL, U.S.M.J.

### I.   INTRODUCTION

Plaintiff Gloria Shalders ("Shalders") has brought a multi-count action against several entities for their allegedly improper conduct in a state investigation and family court action regarding the well-being and custody of Shalders's then-minor children, including Shalders's own retained counsel Amanda Carpe, state court probation officer Penny Welch, and several employees of the Massachusetts Department of Children and Families (DCF) (the "DCF defendants") (collectively, "the defendants"). The defendants move to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) on the ground that it fails to assert a valid

*Report and Recommendation is accepted and adopted.*

*/s/ NMGorton, USDJ 09/12/2024*